IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE RAY CAMPELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv432-MHT |
| | ) | (WO) |
| DENNIS MEEKS, Sheriff, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Covington County Jail, filed this lawsuit claiming that defendants were denying him medical care and keeping him locked down 23 hours per day in retaliation for having previously filed a lawsuit against them. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of August, 2018.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**